# BILL OF COSTS

## TEXAS COURT OF APPEALS, SIXTH DISTRICT, AT TEXARKANA

### No. 06-13-00128-CV

**Eastman Gas Company, L.L.C., f/k/a Fairplay Gas**

**v.**

**Goodrich Petroleum Company, L.L.C.**

(No. 2010-328 IN 4TH DISTRICT COURT OF RUSK COUNTY)

| TYPE OF FEE | CHARGES | PAID | BY |
|---|---|---|---|
| MOTION FEE | $10.00 | E-PAID | JAMES PAUL NELSON |
| MOTION FEE | $10.00 | E-PAID | VANCE P FREEMAN |
| MOTION FEE | $10.00 | E-PAID | JAMES PAUL NELSON |
| MOTION FEE | $10.00 | E-PAID | JAMES PAUL NELSON |
| SUPPLEMENTAL CLERK'S RECORD | $11.00 | PAID | FREEMAN MILLS |
| MOTION FEE | $10.00 | TRANSFER | KRISTEN MCPHERSON |
| SUPPLEMENTAL CLERK'S RECORD | $194.00 | PAID | FREEMAN MILLS |
| SUPPLEMENTAL CLERK'S RECORD | $99.00 | UNKNOWN | FREEMAN MILLS |
| CLERK'S RECORD | $320.00 | PAID | FREEMAN MILLS |
| REPORTER'S RECORD | $67.00 | PAID | RYAN KIRBY |
| FILING | $195.00 | TRANSFER | FREEMAN MILLS |

**Balance of costs owing to the Sixth Court of Appeals, Texarkana, Texas: 0.00**

*Court costs in this cause shall be paid as per the Judgment issued by this Court.*

I, **DEBRA AUTREY, CLERK** OF THE SIXTH COURT OF APPEALS OF THE STATE OF TEXAS, do hereby certify that the above and foregoing is a true and correct copy of the cost bill of THE COURT OF APPEALS FOR THE SIXTH DISTRICT OF TEXAS, showing the charges and payments, in the above numbered and styled cause, as the same appears of record in this office.



**IN TESTIMONY WHEREOF,** witness my hand and the Seal of the **COURT OF APPEALS** for the Sixth District of Texas, this October 14, 2015.

**DEBRA AUTREY, CLERK**

By _____

Deputy